```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

UNITED STATES OF AMERICA                                    PLAINTIFF

    v.        CASE NO. 12-50067

SHANE TIMMONS                                               DEFENDANT

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On May 10, 2013, the undersigned conducted a detention hearing in this matter. Prior to the commencement of the detention hearing, the undersigned inquired of counsel for the Government and the Defendant as to whether they had any objection to the finding of competency rendered in the evaluation report dated April 17, 2013. Counsel advised that they did not object to the competency finding and did not believe a hearing on the issue was warranted.

Accordingly, the undersigned recommends finding, based upon the uncontested evaluation, that the Defendant is competent to proceed in this matter, as he appears to have sufficient ability to consult with his lawyer with a reasonable degree of understanding and to possess a rational as well as factual understanding of the proceedings against him. See Dusky v. United States, 362 U.S. 402, 402 (1960); United States v. Ghane, 490 F.3d 1036, 1040-41 (8th Cir. 2007).

**The parties have fourteen days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may**

**result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

IT IS SO ORDERED this 10th day of May, 2013.

／s／ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE